IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-CR-0055-CJW |
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1 |
| MOPREME VYCHON TODD-HARRIS, | 18 U.S.C. § 751(a): Escape from Custody |
| Defendant. | |

The Grand Jury charges:

## Count 1

## Escape from Custody

On or about May 8, 2022, in the Northern District of Iowa, defendant MOPREME VYCHON TODD-HARRIS did knowingly escape from custody at the Gerald R. Hinzman Center in Cedar Rapids, Iowa, an institution or facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment issued under the laws of the United States by the United States District Court for the Northern District of Iowa upon conviction for possession of ammunition by a felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) in case number 19-CR-2061-CJW.

This was in violation of Title 18, United States Code, Section 751(a).

TIMOTHY T. DUAX
Acting United States Attorney

By: /s/

KYNDRA LUNDQUIST
Assistant United States Attorney

A TRUE BILL

_____  6/22/22
Grand Jury Foreperson    Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 6/23/2022
PAUL DE YOUNG, CLERK